1  ANTHONY COHEN State Bar No. 103650
   CLEMENT, FITZPATRICK & KENWORTHY PC
2  3333 Mendocino Avenue, Suite 200
   Santa Rosa, California 95403
3  Telephone: (707) 523-1181   FAX: (707) 546-1360

FILED
JUN 2 2 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

Lodged

JUN 2 0 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTICHOKE JOE'S, et al. | CASE NO. CIV.S-01-1530 DFL / GGH |
| Plaintiffs, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| GALE A. NORTON, et al. | |
| Defendants. | |
| LYTTON RANCHERIA OF CALIFORNIA (aka Lytton Band of Pomo Indians), a federally recognized Indian tribe, | |
| Defendant in Intervention. | |

Lytton Rancheria of California (aka Lytton Band of Pomo Indians), a federally recognized Indian tribe ("Lytton Rancheria") hereby substitutes ▸ LAWRENCE R. STIDHAM ◂ of the law firm  STIDHAM LAW OFFICES  , whose address and phone number are _____ 1516 MAIN ST. RAMONA CA 92065 _____,

as attorney of record in place and instead of Anthony Cohen of the law offices of Clement, Fitzpatrick & Kenworthy.

////

////

Substitution of Attorney

1

I consent to the above substitution on behalf of Lytton Rancheria.

Dated: 6/13/05                    LYTTON RANCHERIA OF CALIFORNIA

By: *Margie Mejia*
  Margie Mejia, Chairperson

Dated: 5/12/05                    CLEMENT, FITZPATRICK & KENWORTHY

By: *Anthony Cohen*
  Anthony Cohen

The above substitution is accepted.

Dated: 6/6/05                    Stidham Law Offices

By: *Laurence N. Stidham*

**IT IS SO ORDERED.**

Dated: 6/21/2005                 _____
                                 U.S. DISTRICT COURT JUDGE
                                 EASTERN DISTRICT

Substitution of Attorney

2

Artichoke Joe's v. Norton Case No. CS-01-1530 DFL GGH

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Clement, Fitzpatrick & Kenworthy, 3333 Mendocino Avenue, Suite 200, Santa Rosa, California 95403.

On June 17, 2005, I served the attached:

### SUBSTITUTION OF ATTORNEYS

on the parties to this action by serving:

| | Attorneys for: |
|---|---|
| Jeffrey M. Hamerling<br>Roger Myers<br>Lisa Sitkin<br>Steinhart & Falconer, LLP<br>333 Market Street, Suite 3200<br>San Francisco, CA 94105-2150<br>(415) 777-3999 / Fax (415) 442-0856 | All Plaintiffs |
| Swidler Berlin Shereff Friedman, LLP<br>James Hamilton<br>Barry Direnfeld<br>Robert V. Zenner<br>30000 K Street, N.W., Suite 300<br>Washington, D.C. 20007<br>(202) 424-7500 / Fax (202) 424-7643 | All Plaintiffs |
| Law Offices of Michael Franchetti<br>Michael Franchetti<br>300 Montgomery Street, Suite 415<br>San Francisco, CA 941104<br>(415) 296-7800 / Fax (415) 576-1099 | Plaintiff Lucky Chances, Inc. |
| Law Offices of David M. Fried<br>David M. Fried<br>214 Grant Avenue, Suite 400<br>San Francisco, CA 94108<br>(415) 248-3880 / Fax (415) 986-1730 | Plaintiffs Oaks Club Room and California Grand Casino |
| Robb & Ross<br>Alan J. Titus<br>591 Redwood Highway, Suite 2250<br>Mill Valley, CA 94941<br>(415) 332-3831 / Fax (415) 383-2074 | Plaintiff Artichoke Joe's |

*see next page for continuation*

| | |
|---|---|
| Berger Nadel & Vanelli, PC<br>Robert D. Links<br>650 California Street, 25th Floor<br>San Francisco, CA 94108<br>(415) 362-1940 / Fax (415) 362-5503 | Plaintiff Artichoke Joe's |
| Ed Passarelli<br>Senior Counsel, General Litigation Section<br>U.S. Department of Justice<br>General Litigation Section<br>Environmental and Natural Resources<br>601 D Street, N.W. Room 3114<br>Washington, D.C. 20004<br>(202) 305-0468 | Counsel for Federal Defendants |
| Edmund F. Brennan<br>Assistant U.S. Attorney<br>Eastern District of California<br>501 I Street, #10-100<br>Sacramento, CA 95814<br>(916) 554-2677 | Counsel for Federal Defendants |
| Brian M. Libow<br>City of San Pablo<br>1 Alvarado Square<br>San Pablo, CA 94806<br>(510) 215-3009 | Attorney for Defendant-Intervenor City of San Pablo |
| David J. Rapport<br>Law offices of Rapport and Marston<br>405 W. Perkins Street<br>Ukiah, CA 95482<br>(707) 462-4235 | Attorney for Defendant-Intervenor City of San Pablo |
| Lawrence R. Stidham<br>Stidham Law Offices<br>1516 Main Street<br>Ramona, CA 92065 | Attorney for Defendant in Intervention Lytton Rancheria |

/ X / **BY U.S. MAIL:** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Clement, Fitzpatrick & Kenworthy for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 17, 2005

Christine Lawrence